**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

THE LOUISIANA COMMUNITY DEVELOPMENT — CIVIL ACTION

VERSUS — 25-985-SDD-RLB

CHOICE HOTELS INTERNATIONAL, INC.

**RULING**

The Court has carefully considered the *Motion*,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr., dated July 21, 2026, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion for Remand* is DENIED.

Signed in Baton Rouge, Louisiana, on this 14th day of August, 2026.

Shelly D. Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

[1] Rec. Doc. 14.
[2] Rec. Doc. 41.
[3] Rec. Doc. 14.